JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKKA LIEN, | Case No. 2:25-cv-01785-FLA (AGRx) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | **[DKT. 47]** |
| OYO HOTELS, INC., | |
| Defendant. | |

1

On April 9, 2026, parties filed a Stipulation of Voluntary Dismissal with Prejudice ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 47. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1.  All dates and deadlines governing this action are VACATED.

2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: April 15, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge